09-22464.o1

## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-22464-CIV-MARTINEZ-BROWN

FRANK ESCALONA,

    Plaintiff,

vs.

CINGULAR WIRELESS EMPLOYEE
SERVICES, LLC, which is a subsidiary of
AT&T, Inc., etc., et al.,

    Defendants.
_____/

### ORDER RE: EMERGENCY MOTION TO SET ASIDE ORDER

**THIS MATTER** is before the Court on plaintiff's Emergency Motion to Set Aside Order...(D.E. 35). The Court has considered the motion and all pertinent materials in the file. On April 15, 2010, the Court held a hearing regarding this matter. The Court was advised that plaintiff has now appeared for his deposition.

The Court being otherwise fully advised in the premises it is hereby **ORDERED AND ADJUDGED** as follows:

    1. The Emergency Motion is **GRANTED**.

    2. The previous order awarding sanctions against plaintiff is now **SET ASIDE**, without prejudice. However, as was explained to plaintiff at the hearing, he is to abide by all orders of the court and respond to proper notices. Failure to do so may result in the imposition of sanctions which

1

could include those denied at this point.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16th day of April, 2010.

                                                  STEPHEN T. BROWN
                                                CHIEF UNITED STATES MAGISTRATE JUDGE

cc:    Honorable Jose E. Martinez
        Counsel of record